# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00080-CR

**John S. Young, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. B-17-0081-SB, THE HONORABLE MARTIN (BROCK) JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 12, 2018. On counsel's motions, the time for filing was extended to October 30, 2018. Appellant's counsel has now filed a fifth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than November 9, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 2, 2018.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish